**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**NEW YORK FEDERAL PLAZA IMMIGRATION COURT**


## STANDING ORDER OF THE NEW YORK FEDERAL PLAZA IMMIGRATION COURT RELATING TO FILINGS FOR CASES ADJOURNED  DUE TO COVID-19


**IT IS HEREBY ORDERED**, that effective immediately for cases adjourned due to COVID-19, the new filing deadline shall be as set forth in the Immigration Court Practice Manual Ch 3.1(b) unless the Immigration Judge otherwise establishes a filing deadline based upon the rescheduled hearing date (" revised call-up date"). The provisions of this court's Standing Order relating to Three Month Temporal Limit On Filings Through E-Mail remain in effect.




__5-8-2020_____                      _____
Date                                                                              Carrie C. Johnson-Papillo
                                                                                    Assistant Chief Immigration Judge
                                                                                    New York Broadway Immigration Court