

> Both requests are granted. The Court will schedule oral argument after reviewing all the filings.
>
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: May 14, 2020

May 13, 2020

Hon. Naomi Reice Buchwald
Judge of the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: *Ali*, *et al. v. Barr*, *et. al.*, 20-CV-3337, extension of filing deadline and request for oral argument**

Dear Judge Buchwald,

Our office is writing to respectfully request that Plaintiffs be permitted to file their reply on Monday May 18 at 1:00 PM, an extension from this Court's order to file reply papers by Friday May 15 at 1:00 PM. Defendants' Memorandum of Law is 54 pages and raised extensive jurisdictional and standing issues. Plaintiffs need additional time to thoroughly address all counter-arguments.

Additionally, Plaintiffs respectfully request oral argument be scheduled after briefing. Plaintiffs are available for argument any time Tuesday May 19, 2020 onward.

Plaintiffs reached out to the government on the aforementioned requests to the Court and the government takes no position on whether our extension for time should be granted or whether oral argument should be scheduled.


/s/ Roopal Patel_____
Roopal Patel, Esq.
Legal Services New York City
*Attorneys for Plaintiff*
40 Worth Street; Suite 606
New York, NY 10013
646.442.3141

---

**Manhattan Legal Services** | 40 Worth Street, Suite 606, New York, NY 10013
Phone: 646-442-3100 | Fax: 212-227-9798 | www.LegalServicesNYC.org
**Peggy Earisman**, Project Director

