```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NOWSHIN ALI, SONIA MONIR, RON CERRETA,
UNLOCAL, INC., and CATHOLIC MIGRATION
SERVICES,

                Plaintiffs,

        - against -                                   O R D E R

                                                   20 Civ. 3337 (NRB)
WILLIAM BARR, Attorney General of
the United States, and JAMES MCHENRY,
Director of the Executive Office of
Immigration Review (EOIR),

                Defendants.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

A hearing on the motion presently before the Court in this matter will be held <u>telephonically</u> on May 21, 2020, at 3:00 p.m. Dial-in information will be posted on ECF on the date of the conference.

Dated:   New York, New York
         May 19, 2020

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE